# EXHIBIT

# A

**DISTRICT COURT OF MARYLAND FOR** BALTIMORE

LOCATED AT (COURT ADDRESS)
900 WALKER AVE., BALTIMORE, MD 21228

DISTRICT COURT CASE NUMBER

| DEFENDANT'S NAME (LAST, FIRST, M.I.) | MAFIS NAME |
|---|---|
| WILLIAMS, DION L. | |

Page \_\_\_2\_\_\_ of \_\_\_3\_\_\_

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

On January 27, 2012 @ 2110 hours, members of the DEA Task Force Group 21 and the DEA HIDTA Group 56 executed a search and seizure warrant on the residence located at 4658 Riverstone Court Owings Mills Maryland 21117. The warrant was signed by the Honorable Judge Patrick Kavanagh on 1/27/11 @ 1819 hours.

The warrant was executed by the Baltimore County Police Tactical Team lead by Sgt. Elliott Latchaw. Upon entry into the residence Dion Levering Williams and Torrey Von Zenon were located in the kitchen. A subject identified as Vincent Anthony Williams IV was located in bathroom off the master bedroom. The tactical team immediately observed a loaded .44 cal. Charter Arms Bulldog Pug snub nose revolver serial 106783 in plain view on the counter in the kitchen. The tactical team also observed a loaded .45 cal. Glock, Semi-automatic handgun model 21 serial #HSV017 on the floor of the master bedroom closet next to the bathroom where Vincent Williams was located.

An orderly search was conducted of the residence and the following items were recovered:

- Approximately 2 million dollars in U.S. currency
- 2 digital money counters
- Notes, records, owe and tally sheets

The location was photographed before and after the search.

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|
| | |
| AGENCY  SUB-AGENCY | I.D. NO |
| AE   COPY | 2908 |

TRACKING NUMBER

PC DC/CR 4A (Rev. 3/94)

DISTRICT COURT OF MARYLAND FOR ......... BALTIMORE ................................................ (City / County )

| LOCATED AT (COURT ADDRESS) 900 WALKER AVE., BALTIMORE, MD 21228 | DISTRICT COURT CASE NUMBER | 12-028-0011 |

| DEFENDANT'S NAME (LAST, FIRST, M.I.) WILLIAMS, DION L. | MAFIS NAME |

Page____3____of_____3____

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

The undersigned caused a criminal record check on all of the subjects and the following records were located:

Dion Levering Williams has an extensive criminal record to include a 1999 charge which he was found guilty of Handgun on Person in Baltimore City and received a sentence of 3 years.

Torrey Von Zenon has a criminal record and felony conviction in Crawford County Georgia for possession with intent to distribute cocaine, a charge which he was found guilty on 09/23/2002 and was sentenced to 15 years with 15 years suspended.

The undersigned knows through training knowledge and experience that both Dion Williams and Torrey Zenon are in violation of Maryland criminal law possessing the firearms described above.

All events occurred in Baltimore County, Maryland.

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
| AGENCY   SUB-AGENCY AE | I.D. NO. 2908 |

COPY

TRACKING NUMBER

PC DC/CR 4A (Rev. 3/94)