AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

__Eastern__ District of __Virginia__

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No: 3:12CR47-4 |
| Dion Levering Williams | ) |
|  | ) USM No: 80352-083 |
| Date of Original Judgment: 4/26/2013 | ) |
| Date of Previous Amended Judgment: | ) Paul E. Shelton |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __252 months__ **is reduced to** __202 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

This Order is subject to the prohibition contained within U.S.S.G. §1B1.10(b)(2)(C), which provides: "In no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

Except as otherwise provided, all provisions of the judgment dated __4/26/2013__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __Oct. 20, 2015__       /s/
                                     *Judge's signature*

Effective Date: __November 2, 2015__       Honorable Henry E. Hudson, U.S. District Court Judge
*(if different from order date)*                *Printed name and title*