IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 3:12CR47–HEH
)
DION L. WILLIAMS, )
)
    Petitioner. )

## ORDER
**(Accepting Report and Recommendation and Denying 28 U.S.C. § 2255 Motion)**

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. Williams's Objections (ECF No. 480–1) are OVERRULED;
2. The Report and Recommendation (ECF No. 479) is ACCEPTED AND ADOPTED;
3. The motion under 28 U.S.C. § 2255 (ECF No. 358) is DENIED;
4. The action is DISMISSED with prejudice; and,
5. A certificate of appealability is DENIED.

Williams may appeal the decision of the Court. Should he wish to appeal, a written notice of appeal must be filed within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Williams and counsel for the United States.

                                              /s/
                                    HENRY E. HUDSON
                                    UNITED STATES DISTRICT JUDGE

Date: Nov. 17, 2016
Richmond, Virginia